In the
# CIRCUIT COURT
of St. Louis County, Missouri

Humberto Fernandez
Plaintiff(s)

vs.

Red Lobster et al
Defendant(s)

Date  11/18/10

Case Number

Division

For File Stamp Only

**12**

# Petition

see enclosed document    5 pages

Her
~~Signature~~ →    Humberto Fernandez  Pro Se
Attorney                                    Bar No.
1005 S. Harte Ave Rush City MN 5506
Address
(651) 233-6948
Phone No.                                   Fax No.

SO ORDERED

Attorney                                    Bar No.

Address
_____
Judge

ENTERED: _____    Phone No.                   Fax No.
              (Date)

CCOPFi47  Rev. 5/95

To whom it may concern,

My name is Humberto Fernandez. I worked for Red Lobster for 13 years. I'm Cuban and African American, I have a family, including a 20 month old baby, and 3 more girls that dependent on me. I was the line coordinator for the Red Lobster in Chesterfield MO and had the best record in the region. I was never allowed to take a vacation and when I had my baby I had to find someone to cover my shifts. Even then, they called me the whole time asking when I was coming back. I was never late or called in, but the color of my skin took away my DREAMS. Now I'm in this situation that nobody should be in.

I was promoted for openings, under a different general manager, Vahid. That was taken away from me when Jeff became general manager.  I was a culinary professional, a certified trainer, and they took all of that away. The last opening I was suppose to go on, the new general manager Jeff Fawagi, told me I couldn't go because of **my** personal reasons. Supposing the personal reason was because my woman had my baby. The new general manager, which is Jeff, he took over after Vahid's accident, he was the bar and host manager at the same location. Every opening I went to he didn't want me to go, there was always was a problem. My pay check was showed to the crew by Chris McGire the kitchen manager at the time saying that he couldn't believe I was making that much money, like I was nothing how could, someone like me make that. Jeff didn't want me to move up, he would always get mad when I was number one in the region, and he showed me that I didn't belong there. John a new manager at the time would post my fast lunch times for me to see and Jeff would come along and tear it down. Now that he is the general manager he let everybody know that it was his way or the door.  Chris would throw away African Americans applications when they would come in and apply for a job he even made a comment to the other service professional that we don't hire "N's" here.  When I was working as the culinary professional and there was a guest complaint, if it was an African American Jeff and Chris would have me go over there to deal with the "problem." Jeff would make comments like, "I pay you too much for you not to do what I ask." Before, when Jeff was just a manager he always showed people what color he didn't like "black". One time I opened the back door to the restaurant to receive a delivery and he came back there and seen a black man getting into an electrical truck and he made the comment, "What did he steal it?" This kind of discrimination also happened to Lenette (636)485-5041, and I have a notarized letter from her stating she also

experienced discrimination, the only other African American there. Cory the director even came one time to see if I was cheating on my fast lunch times. He stayed on the line the whole time watching my every move. Jeff and Chris wanted me to change dates and repackage old fish and lobster, I took pictures, I refused to do so because my name is on the fresh fish board as the chief, and I take pride in people enjoying my food, I'm not serving rotten food to guest so they get sick and management can blame me.

I filed a complaint to the commissioner of Human Rights for discrimination, and I complained to Jeff, that is the conversation I recorded. They knew all about my complaint, so that was when it got really bad and I experienced retaliation, The harassment continued so I called the corporation to file a complaint, they told me that I had to speak with my director Cory Theissen. I called Cory and he said that there wasn't any kind of documentation but we could all sit down and talk about it. Sarah told me differently and she showed me where on "mydish", where employees can check their schedules and stuff, the complaint forms but when we tried to print them off it would just print a blank page and it wouldn't allow you to just fill it out online either, like it was just there for show. I called the vice president of human relations in MO, and she said that there had to be some kind of forms to file. Well, yes but I think the general manger or managers only have access to them. I called the commissioner again, my director, Cory, and my boss, Jeff. Nothing was done, I can't quit when I have a family to support. So I called Minnesota for transfer, to the Maple Grove location and I told Jeff, my general manager that I wanted to go to Minnesota. He is the only person that could do the transfer, he said, "OK", and acted like it was no big deal. Then my kitchen manager, Chris, in my restaurant asked me, why I don't let my woman go first and I stay? They wanted me to quit, not transfer, so I tell my woman, Sarah, and she asked Jeff again, if everything is was OK, and he said, "YES WE GOT THIS COVERED!" At the same time the retaliation and harassment was a daily thing. It wasn't frowned upon if anyone used the "N" word. They took my PROMOTION that I worked hard for. Red Lobster was supposed to be my last stop and was my life dream; I wanted to work at the culinary center in Orlando. I went to culinary school for this position. I worked with pride and did it efficiently.

Now I have health problems from the stress, over that summer I couldn't sleep and it was catching up with me, I felt faint and nauseas, always on edge. I was so stressed out and it took a

big strain on my relationship. I went in and found out the stress had cause me to have sleep apnea. I did three over night sleep tests, and was drained the next day but wasn't allowed to take them off unless someone would cover my shift. No one wanted to work my shifts because it would take two people to do so, and nobody wanted to work by themselves and work that hard. The doctor told me it had to do with stress and I had to cut down the stress in my life. In the mean time I'm making phone calls to anyone that would listen and nothing was done. I weighed my options, I could quit and give up the thirteen years of my life I worked so hard for, or I could transfer. Sarah told me the Red Lobster's in MN aren't like that and so I thought I would give it a try. That was their way to get rid of me was to force me out like they did Lenette, little did I know at the time.

When I got to Minnesota, Red Lobster in Maple Grove said that they hadn't heard anything from my general manager, Jeff. I called Jeff and he said he would call them and when I called Maple Grove back they all of a sudden didn't have any hours for me. Jeff sent my last paycheck to an address I had three years ago, I took over three weeks to get it. My woman that asked them for her transfer at the same time already started working the "11/06/09, so now I don't have work for the first time in my life because I don't know anything about employment law.

I started right away looking for another job, I went to a few restaurants, and they seen my certificates and they all told me that they wanted me to start as soon as possible, but I found out later that, after they talking to Jeff and/or Chris, these potential jobs didn't want to hire me for some reason. I called back and they told me that my last employer said negative things, like I left without my two week notice, I'm a loose cannon and I do what I want, when I want. I filed for unemployment and then found out whenever you put in a transfer they don't have to give you unemployment if it doesn't go through. That's the new thing that these corporations do now because they don't want to pay you unemployment. They act like your transfer is taken care of, and then they say that you quit.

I can prove that too, they make you quit or transfer, no matter how good you are at what you do if they feel that "you won't fit in here" black, old, homosexual it doesn't matter. The unemployment office told me that I can't get unemployment, and I was denied because they said

I quit "11/8/09'and I can prove that "10/31/90" was my last day. I can proof that my woman was not was pregnant like they said that she was, which was one of the reasons, why Red Lobster said I quit. When the commissioner started the investigation, she told me that Red Lobster would give me unemployment and $500.00, if I stopped the complaint. I said "no", because I didn't do anything wrong, and it's not right that these people in management can discriminate like this and get away with it. After the hearing appeal for my unemployment, they didn't call my witnesses and miss handled my whole case, it looks like they didn't even look at my file. They denied me again, if I left like they said which is not true? Why did they BUY ME A CAKE? Everybody knew that my last day was 10-31-09. When these corporations want someone to quit, they retaliate, they show you if you don't quit we will make you quit, like Lenette. She quit after Jeff threatened to watch every step she made and it will be only so long that she would work there anyways cause he would find a way to get rid of her", they did the same to me, giving me all kinds of extra duties, like signing all the delivery's, started telling me to do other peoples jobs and side work that should only be done at night, blaming me for everything even when I was not working, it was so bad. Chris the kitchen manager even told Lino from the back, "What are you going to complain to the corporation now, like Humberto?" Now I have Health Problems, no job, I have lost everything. I have witnesses and proof, I have the right to sue from EEOC and the MCHR to November 12. They said that I never complained, well I the conversation recorded, and I have my phone record that proves how many times I try to solve this problem before I called "MCHR" and "EEOC". Michelle Dey was handling my case but move to Minnesota so she couldn't file the case for me her number is (612)605 -4098 she said that you can call her to talk about the case better. Thank you! I need all the help I can get. My email is www.fdez40@hotmail.com. The number you can reach me is (651)-233-6948, Humberto Fernandez.I have tried everything, and I will go to the NEWS if I have too this shouldn't happen again to anyone. I just want to protect my RIGHT. THANK YOU again for your time in this matter!

   To add to all of this I applied for the file of my commissioner case and they have 2 DRP's. One that they sent to my attorney and I found a different one in my commissioner file, neither one of which I signed. The one that my attorney received, the signature does not match and they dated it 2 years after I started, it is company policy to have new hires sign the DRP on

the date that they are hired. Plus it was in Spanish I never signed anything in Spanish and the manager that signed it is Jeff Fawaga, the general manager now and at that time he was the beverage and host manager he would have never had to sign it cause my kitchen manager deals with all kitchen employees not the beverage and host manager.

The other DRP they have that I receive with my commissioner file is a DRP that was supposing signed 10 days before I was even hired. They have lost their credibility and cannot keep their facts straight. We had an attorney that was trying to mentor the situation and we have gotten very little response and the first response my attorney was a fax of only the DRP, no explanation, no comments just a faxed DRP that is not even something I signed. Red Lobster has dragged their feet in this matter and is not willing to negotiate or give me a job back due to my complaints with the commissioner and the EEOC.

They have denied my unemployment I'm going to court and have sent in my brief on that matter, they asked for an extension in the unemployment case and I'm sure that they will do the same in this matter. It's been over a year now; I have no job, the jobs I have applied to call the restaurant and got only negative comments from managers. I live in a very small town and there are very limited job choices and all the jobs that I've applied to that are the closest, which is 30 miles away have denied me because of Red Lobster's lack of professionalism and hatred for me. I now will have to travel farther away, to which is about 45 minutes away to apply for more jobs.

They should not be able to bad mouth me with no substantial evidence besides that they hate me because of the color of my skin. I want this matter over so I can go on with my life. They have destroyed and taken away everything that they can in my life and they have only showed that they want to drag out the matter longer to make me more miserable. I have nothing I can't put them down on my application so it looks as if I have no experience and have not worked for 13 years, they denied my unemployment, which I have been dealing with from Minnesota, they have denied my woman of her promotion, they were unwilling to deal with the problem over a year and a half ago when I was working for them and they are still unwilling to take any responsibility, as long as this continues to go on in this company I will fight. They are hoping that I will run out of money and time and right now I'm not. Thank you again for your time in this matter and your understanding of the urgency in this matter.

 

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS

# MISSOURI COMMISSION ON HUMAN RIGHTS

JEREMIAH W. (JAY) NIXON
GOVERNOR

LAWRENCE G. REBMAN
DEPARTMENT DIRECTOR

ALVIN CARTER
COMMISSION CHAIRPERSON

ALISA WARREN
EXECUTIVE DIRECTOR

Humberto A. Fernandez
1005 South Harte Ave.
Rush City, MN 55069

### NOTICE OF RIGHT TO SUE

RE:   Fernandez vs. Red Lobster
      FE-2/10-11426     846-2010-15994

This is your **NOTICE OF RIGHT TO SUE** pursuant to the Missouri Human Rights Act.

This letter indicates your right to bring a civil action within 90 days of such notice against the respondent(s)
named in the complaint. Such an action may be brought in any circuit court in any county in which the
unlawful discriminatory practice is alleged to have occurred, either before a circuit or associate circuit judge.
Upon issuance of this notice, the commission shall terminate all proceedings relating to the complaint. No
person may file or reinstate a complaint with the commission after the issuance of a notice under this section
relating to the same practice or act. Any action brought in court under this section shall be filed within ninety
days from the date of the commission's notification letter to the individual but no later than two years after the
alleged cause occurred or its reasonable discovery by the alleged injured party. As you have duly requested
in writing, you are hereby notified of your right to sue the respondent(s) named in your complaint in state
circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT
TO SUE IS LOST**.

You are also notified that the Executive Director is hereby administratively closing this case and terminating
all MCHR proceedings relating to it. No person may file or reinstate a complaint after the issuance of notice
of right to sue. Please note that this notice of right to sue has no effect on the suit filing period for any federal
claims.

On behalf of the Commission:

Terry Old
Information Support Coordinator
Terry.Old@labor.mo.gov

August 20, 2010
Date

Red Lobster
17204 Chesterfield Airport Road
Chesterfield, MO 63005

Michelle Dye Neumann
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
*Via email*